1  John W. Olivo, Jr., ESQ. (*Pro Hac Vice Application To Be Filed*)
   WARD & OLIVO
2  380 Madison Avenue
   New York, New York 10017
3  Telephone: (212) 697-6262
   Facsimile: (212) 972-5866
4  olivoj@wardolivo.com

5  Attorneys for Plaintiff,
   MORTGAGE GRADER, INC.
6
   Steven W. Ritcheson, Esq. (SBN 174062)
7  WHITE FIELD, INC.
   9800 D Topanga Canyon Blvd. #347
8  Chatsworth, California 91311
   Telephone: (818) 882-1030
9  Facsimile: (818) 337-0383
   swritcheson@whitefieldinc.com
10
   Attorneys for Plaintiff,
11 MORTGAGE GRADER, INC.
12

FILED
11 MAR 29 PM 3:21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

13
14              UNITED STATES DISTRICT COURT
15           FOR THE CENTRAL DISTRICT OF CALIFORNIA
                    LOS ANGELES DIVISION
16
17 MORTGAGE GRADER, INC.,         Case No. CV11 02640 PSG (JCx)

18              Plaintiff,         **COMPLAINT FOR PATENT
                                   INFRINGEMENT**
19       v.
                                   **Jury Trial Demanded**
20 ARCSTONE FINANCIAL, INC.; CLOSE
   YOUR OWN LOAN; DLJ FINANCIAL,
21 INC.; GREENBACK FUNDING, INC.;
   GREENLIGHT FINANCIAL SERVICES;
22 HANSBROS CORPORATION d/b/a HBS
   FINANCE; HOME-ACCOUNT, INC.;
23 LOAN REPUBLIC FINANCIAL, INC.;
   ONEWEST BANK HOME LENDING;
24 ONLINE MORTGAGE SOLUTIONS,
   INC.; EMCEE, INC. d/b/a PACIFIC
25 CHOICE MORTGAGE;
   PROFESSIONAL MORTGAGE GROUP,
26 INC. d/b/a PROMORTGAGE;
   PROVIDENT FUNDING ASSOCIATES,
27 L.P.; READY PRICE, LLC; RESCOM
   FINANCIAL SERVICES, INC.; and
28 WESTCAL MORTGAGE

**COMPLAINT FOR PATENT INFRINGEMENT**

1 | CORPORATION,
2 |            Defendants.

**COMPLAINT FOR PATENT INFRINGEMENT**

**PLAINTIFF'S ORIGINAL COMPLAINT**

Plaintiff Mortgage Grader, Inc. ("Plaintiff"), by and through its undersigned counsel, files this Original Complaint against Arcstone Financial, Inc.; Close Your Own Loan; DLJ Financial, Inc.; Greenback Funding, Inc.; Greenlight Financial Services; Hansbros Corporation d/b/a HBS Finance; Home-Account, Inc.; Loan Republic Financial, Inc.; OneWest Bank Home Lending; Online Mortgage Solutions, Inc.; Emcee, Inc. d/b/a Pacific Choice Mortgage; Professional Mortgage Group, Inc. d/b/a ProMortgage; Provident Funding Associates, L.P.; Ready Price, LLC; Rescom Financial Services, Inc.; and WestCal Mortgage Corporation (collectively "Defendants") as follows:

**NATURE OF THE ACTION**

1. This is a patent infringement action to stop Defendants' infringement of Plaintiff's United States Patent No. 7,366,694 entitled "Credit/Financing Process" (the "'694 patent"; a copy of which is attached hereto as Exhibit A). Plaintiff is the legal owner of the patent-in-suit. Plaintiff seeks injunctive relief and monetary damages.

**PARTIES**

2. Plaintiff is a corporation organized and existing under the laws of the State of Delaware. Plaintiff maintains a place of business at 27792 El Lazo Road, Suite A, Laguna Niguel, California 92677. Plaintiff is the assignee of all rights, title, and interest in and to the '694 patent including the right to sue for infringement and recover past damages.

3. Upon information and belief, Arcstone Financial, Inc. ("Arcstone") is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 1917 Hillhurst Avenue, # 205, Los Angeles, California 90027.

4. Upon information and belief, Close Your Own Loan ("Close Your Own Loan") is a limited liability company organized and existing under the laws of the State of California, with its principal place of business located at 26400 La Alameda, Suite 214, Mission Viejo, California 92691.

5. Upon information and belief, DLJ Financial, Inc. ("DLJ Financial") is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 20101 South West Birch Street, Suite 135, Newport Beach, California 92660.

6. Upon information and belief, Greenback Funding, Inc. ("Greenback Funding") is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 2139 Tapo Street, # 115, Simi Valley, California 93063.

7. Upon information and belief, Greenlight Financial Services ("Greenlight Financial") is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 18200 Von Karman Avenue, Suite 300, Irvine, California 92612.

8. Upon information and belief, Hansbros Corporation d/b/a HBS Finance ("HBS Finance") is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 3812 Sepulveda Boulevard, Suite 310, Torrance, California 90505.

9. Upon information and belief, Home-Account, Inc. ("Home-Account") is owned by Bills.com, LLC, a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at 1875 South Grant Street, Suite 400, San Mateo, California 94402. Upon information and belief, Home-Account's principal place of business is located at 188 King Street, Suite 207, San Francisco, California 94107.

**COMPLAINT FOR PATENT INFRINGEMENT**

1     10.     Upon information and belief, Loan Republic Financial, Inc. ("Loan Republic") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 371 Village Square, Orinda, California 94563.

    11.     Upon information and belief, OneWest Bank Home Lending ("OneWest Bank") is a division of OneWest Bank, FSB, a federal savings bank organized and existing under the laws of the State of California, with its principal place of business located at 888 East Walnut Street, Pasadena, California 91101. Upon information and belief, OneWest Bank's principal place of business is located at 1 Banting, Irvine, California 92618.

    12.     Upon information and belief, Online Mortgage Solutions, Inc. ("Online Mortgage") is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 119 South Figueroa Street, Ventura, California 93001.

    13.     Upon information and belief, Emcee, Inc. d/b/a Pacific Choice Mortgage ("Pacific Choice") is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 30021 Tomas, Suite 300, Rancho Santa Margarita, California 92688.

    14.     Upon information and belief, Professional Mortgage Group, Inc. d/b/a ProMortgage ("ProMortgage") is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 700 Irwin Street, Suite 202, San Rafael, California 94901.

    15.     Upon information and belief, Provident Funding Associates, L.P. ("Provident Funding") is a partnership organized and existing under the laws of the State of California, with its principal place of business located at 1633 Bayshore Highway, Suite 155, Burlingame, California 94010.

**COMPLAINT FOR PATENT INFRINGEMENT**

16. Upon information and belief, Ready Price, LLC ("Ready Price") is a limited liability company organized and existing under the laws of the State of California, with its principal place of business located at 5671 Santa Teresa Boulevard, Suite 200, San Jose, California 95123.

17. Upon information and belief, Rescom Financial Services, Inc. ("Rescom Financial") is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 260 Newport Center Drive, Newport Beach, California 92660.

18. Upon information and belief, WestCal Mortgage Corporation ("WestCal") is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 17772 17th Street, Suite 108, Tustin, California 92780.

## JURISDICTION AND VENUE

19. This action arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, including 35 U.S.C. §§ 271, 281, 283, 284, and 285. This Court has subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §§ 1331 and 1338(a).

20. The Court has personal jurisdiction over each Defendant because: each Defendant has minimum contacts within the State of California and the Central District of California; each Defendant has purposefully availed itself of the privileges of conducting business in the State of California and the Central District of California; each Defendant has sought protection and benefit from the laws of the State of California; each Defendant regularly conducts business within the State of California and the Central District of California; and Plaintiff's causes of action arise directly from Defendants' business contacts and other activities in the State of California and the Central District of California.

21. More specifically, each Defendant, directly and/or through intermediaries, ships, distributes, offers for sale, sells, and/or advertises, at least through and by its interactive website, its products and services in the United States, the State of California and the Central District of California. Upon information and belief, each Defendant has committed patent infringement in the State of California and the Central District of California. Each Defendant solicits customers in the State of California and the Central District of California. Each Defendant has many customers who are residents of the State of California and the Central District of California and who each use respective Defendant's products and services in the State of California and the Central District of California.

22. Venue is proper in the Central District of California pursuant to 28 U.S.C. §§ 1391 and 1400(b).

## COUNT I – PATENT INFRINGEMENT

23. The '694 patent was duly and legally issued by the United States Patent and Trademark Office on April 29, 2008 after full and fair examination. Plaintiff is the assignee of all rights, title, and interest in and to the '694 patent, and possesses all rights of recovery under the '694 patent, including the right to sue for infringement and recover past damages.

24. Upon information and belief, Arcstone has infringed and continues to infringe one or more claims of the '694 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, an online mortgage marketplace, including via the website www.arcstoneloans.com.

25. Upon information and belief, Close Your Own Loan has infringed and continues to infringe one or more claims of the '694 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this

1 district and elsewhere in the United States, an online mortgage marketplace, including via the website www.closeyourownloan.com.

26. Upon information and belief, DLJ Financial has infringed and continues to infringe one or more claims of the '694 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, an online mortgage marketplace, including via the website www.dljfinancial.com.

27. Upon information and belief, Greenback Funding has infringed and continues to infringe one or more claims of the '694 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, an online mortgage marketplace, including via the website www.greenbackfunding.com.

28. Upon information and belief, Greenlight Financial has infringed and continues to infringe one or more claims of the '694 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, an online mortgage marketplace, including via the website www.greenlightloans.com.

29. Upon information and belief, HBS Finance has infringed and continues to infringe one or more claims of the '694 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, an online mortgage marketplace, including via the website www.hbsfinance.com.

30. Upon information and belief, Home-Account has infringed and continues to infringe one or more claims of the '694 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, an online mortgage marketplace, including via the website https://www.home-account.com/home/.

31. Upon information and belief, Loan Republic has infringed and continues to infringe one or more claims of the '694 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, an online mortgage marketplace, including via the website www.loanrepublic.com.

32. Upon information and belief, OneWest Bank has infringed and continues to infringe one or more claims of the '694 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, an online mortgage marketplace, including via the website https://www.owb.com/Lending/.

33. Upon information and belief, Online Mortgage has infringed and continues to infringe one or more claims of the '694 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, an online mortgage marketplace, including via the website www.omsrates.com.

34. Upon information and belief, Pacific Choice has infringed and continues to infringe one or more claims of the '694 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, an online mortgage marketplace, including via the website www.pacificchoicemtg.com.

35. Upon information and belief, ProMortgage has infringed and continues to infringe one or more claims of the '694 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, an online mortgage marketplace, including via the website www.promortgage.com.

36. Upon information and belief, Provident Funding has infringed and continues to infringe one or more claims of the '694 patent by making, using,

providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, an online mortgage marketplace, including via the website https://www.provident.com/.

37. Upon information and belief, Ready Price has infringed and continues to infringe one or more claims of the '694 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, an online mortgage marketplace, including via the website http://www.readyprice.com/.

38. Upon information and belief, Rescom Financial has infringed and continues to infringe one or more claims of the '694 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, an online mortgage marketplace, including via the website www.rescomfs.com/index.php.

39. Upon information and belief, WestCal has infringed and continues to infringe one or more claims of the '694 patent by making, using, providing, offering to sell, and selling (directly or through intermediaries), in this district and elsewhere in the United States, an online mortgage marketplace, including via the website www.westcalmortgage.com.

40. Each Defendant's aforesaid activities have been without authority and/or license from Plaintiff.

41. Plaintiff is entitled to recover from the Defendants the damages sustained by Plaintiff as a result of the Defendants' wrongful acts in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

42. Defendants' infringement of Plaintiff's exclusive rights under the '694 patent will continue to damage Plaintiff, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

## JURY DEMAND

43. Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court find in its favor and against Defendants, and that the Court grant Plaintiff the following relief:

A. An adjudication that one or more claims of the '694 patent have been infringed, either literally and/or under the doctrine of equivalents, by one or more Defendants;

B. An award to Plaintiff of damages adequate to compensate Plaintiff for the Defendants' acts of infringement together with pre-judgment and post-judgment interest;

C. That one or more of the Defendants' acts of infringement be found to be willful from the time that Defendants became aware of the infringing nature of their actions, which is the time of filing of Plaintiff's Original Complaint at the latest, and that the Court award treble damages for the period of such willful infringement pursuant to 35 U.S.C. § 284;

D. A grant of permanent injunction pursuant to 35 U.S.C. § 283, enjoining the Defendants from further acts of infringement with respect to the claims of the '694 patent;

E. That this Court declare this to be an exceptional case and award Plaintiff its reasonable attorneys' fees and costs in accordance with 35 U.S.C. §285; and

**COMPLAINT FOR PATENT INFRINGEMENT**

F.  Any further relief that this Court deems just and proper.

Dated: March 29, 2011               Respectfully submitted,

**WHITE FIELD, INC.**

_____
Steven W. Ritcheson

**WARD & OLIVO**
John W. Olivo, Jr. (*Pro Hac Vice Application To Be Filed*)

**Attorneys for Plaintiff Mortgage Grader, Inc**

**COMPLAINT FOR PATENT INFRINGEMENT**